**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DEAN HIMBLER AVILES<br><br>Plaintiff,<br><br>v.<br><br>HEATHER L. COHEN; JASON UR; EDWARD LOTT; GEORGE CHAPMAN; THOMAS J. SMTIH; JASON ALLEN LYND; SERGEANT E. MATUSAK; LIEUTENANT M. MC GUIRE; AFSANEH ASHLEY TABADDOR<br><br>Defendants. | Case No. CV 19-01937 AG (AFMx)<br><br>**JUDGMENT** |

The Court enters Judgment against Plaintiff in favor of all Defendants.

Dated June 13, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT